# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BEATRIZ TRINIDAD ACOSTA NEWELL

NO.   2025 CW 0812

VERSUS

ALLAN KEITH PAILLE, JR.

**AUGUST 20, 2025**

---

In Re:   Beatriz Trinidad Acosta Newell, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 146300.

---

**BEFORE:   THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT NOT CONSIDERED.**  The writ application appears untimely as to the March 12, 2025 order.  See Rule 4-3 of the Uniform Rules of Louisiana Courts of Appeal.  In addition, although relator seeks review of the district court's August 12, 2025 order (referenced by the file date of July 31, 2025), the writ application failed to include a copy of each pleading on which the judgment, order or ruling was founded, or if applicable, a copy of any opposition and attachments thereto, pertinent court minutes, notice of intent and return date order, as required by Rule 4-5(C)(8), (9), (10) and (11) of the Uniform Rules of Louisiana Courts of Appeal.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.  Any new application must be filed on or before September 9, 2025, and must contain a copy of this ruling.

**MRT**
**AHP**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT